IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOSHUA LAMARK,                          )
                                        )   2:11-cv-2010-GEB-EFB
              Plaintiff,                )
                                        )
         v.                             )   ORDER RE: SETTLEMENT AND
                                        )   DISPOSITION
NELLA OIL COMPANY, LLC, a               )
California Limited Liability            )
Company, dba FLYERS NO. 4;              )
FLYERS LLC, a California Limited        )
Liability Company, and DOES 1           )
through 50, inclusive,                  )
                                        )
              Defendants.               )
_____)
```

Plaintiff filed a "Notice of Settlement" on September 29, 2011, in which he states, "the parties . . . have reached a settlement" and "anticipate being able to submit a Request for Dismissal of the [action] . . . within twenty days." (ECF No. 6.)

Therefore, a dispositional document shall be filed no later than October 20, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: September 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge