IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOSHUA LAMARK,                      )
                                    )   2:11-cv-2010-GEB-EFB
            Plaintiff,              )
                                    )
     v.                             )   ORDER OF DISMISSAL
                                    )
NELLA OIL COMPANY, LLC, a           )
California Limited Liability        )
Company, dba FLYERS NO. 4;          )
FLYERS LLC, a California Limited    )
Liability Company, and DOES 1       )
through 50, inclusive,              )
                                    )
            Defendants.             )
_____)
```

Plaintiff filed a Notice of Settlement on September 29, 2011, in which he stated, "the parties . . . have reached a settlement" and "anticipate being able to submit a Request for Dismissal of the [action] . . . within twenty days." (ECF No. 6.) Therefore, an "Order Re Settlement and Disposition" was filed on September 30, 2011, which directed the parties to file a dispositional document no later than October 20, 2011. (ECF No. 7.) The September 30 Order notified the parties that "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." Id.

1 | Since no dispositional document has been filed, and the
2 | parties have not provided any reason for the continued pendency of this
3 | action, this action is dismissed without prejudice.
4 | IT IS SO ORDERED.
5 | Dated:  October 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge